# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHRISTOPHER ALAN JACKSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-12266-WBV-JVM** |
| **DEVALIER-FLIMYN, ET AL.** | **SECTION: "D"(1)** |

## ORDER

The Court, having considered the Complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the Plaintiff's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's Complaint seeking relief pursuant to 42 U.S.C. § 1983 (R. Doc. 4) is **DISMISSED WITH PREJUDICE** as frivolous, for failing to state a claim on which relief may be granted, and/or for seeking monetary relief from a defendant who is immune from such relief.

New Orleans, Louisiana, December 11, 2019.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**